Glenn Zuckerman
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| This Document Relates to: | ) |
| | ) |
| *Norma Brown v. Pfizer Inc, et al.* | ) **MDL NO. 1699** |
| (06-6181 CRB) | ) **District Judge: Charles R. Breyer** |
| | ) |
| *Arnold Kagan v. Pfizer Inc, et al.* | ) |
| (08-3241 CRB) | ) |
| | ) |
| *John Kroon v. Pfizer Inc, et al.* | ) **STIPULATION AND ORDER OF** |
| (06-6115 CRB) | ) **DISMISSAL WITH PREJUDICE** |
| | ) |
| *Julia McFarland v. Pfizer Inc, et al.* | ) |
| (07-4152 CRB) | ) |

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42588782.1

| | | |
|---|---|---|
| 1 | DATED: 2/25, 2000 | By: _____ |
| 2 | | |
| 3 | | **WEITZ & LUXENBERG, PC**<br>700 Broadway<br>New York, New York 10003<br>Telephone: 212-558-5000<br>Facsimile: 212-344-5461 |
| 4 | | |
| 5 | | |
| 6 | | *Attorneys for Plaintiffs* |
| 7 | DATED: March 3, 2010 | By: _____ |
| 8 | | **DLA PIPER LLP (US)**<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: 212-335-4500<br>Facsimile: 212-335-4501 |
| 9 | | |
| 10 | | |
| 11 | | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR - 5 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-